

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-13-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL INFORMATION |
| | ) | |
| RICHARD LENZY | ) | |

The United States Attorney charges that:

## COUNT ONE

From a date unknown, but no later than in or about October 2013, and continuing until on or about July 8, 2015, in the Eastern District of North Carolina, the defendant, RICHARD LENZY, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute cocaine and cocaine base (crack), Schedule II controlled substances, in violation of Title 21 United States Code, Section 841(a)(1).

Quantity of Controlled Substance Involved in the Conspiracy

With respect to the defendant, RICHARD LENZY, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably

foreseeable to him, is five-hundred (500) grams of cocaine and a quantity of cocaine base (crack), in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about July 8, 2015, in the Eastern District of North Carolina, the defendant, RICHARD LENZY, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce, a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[remainder of page left blank intentionally]

2

## FORFEITURE NOTICE

Upon conviction of the controlled substance offenses alleged in the Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

Upon conviction of the firearm offenses set forth in the Indictment, defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the offense.

The forfeitable property includes but is not limited to one (1) Ruger, .45-caliber pistol, serial # 660-39133 and related ammunition, one (1) Taurus, 9 mm pistol, serial # THZ96697 and related ammunition, and $7,972.31 in United States currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the

jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

JOHN STUART BRUCE
United States Attorney

By: /s/ GLENN PERRY
GLENN PERRY
Special Assistant United States Attorney