IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:17-CR-13-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD LENZY | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 14, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853, based upon the defendant agreeing to the forfeiture of the property listed in the December 14, 2017 Preliminary Order of Forfeiture, to wit: (a) a Ruger, .45 caliber pistol, serial #660-39133, (b) a Taurus, 9mm pistol, serial #THZ96697, (c) any and all accompanying ammunition, and (d) $7,972.31 in United States currency;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between February 3, 2018 and March 4, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day

1

of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Government has advised this Court that the subject $7,972.31 in United States currency has been released to the North Carolina Department of Revenue, and that it does not wish to pursue the forfeiture of the subject currency in this criminal forfeiture action;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's December 14, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject firearms and ammunition listed in the December 14, 2017 Preliminary Order of Forfeiture are hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the subject firearms and ammunition according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 7 day of May, 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE