Richard Lenzy 63268-056
Name:         Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
30 MAY 2018 PM 1

RECEIVED
JUN 01 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

⇔63268-056⇔
Clerk Office
PO BOX 25670
Raleigh, NC 27611
United States

27611-567070