IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:17-CR-00013-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| RICHARD LENZY ) | |

Now comes the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of assignment of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced case.

Respectfully submitted, this 29th day of June, 2023.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: */s/ Caroline L. Webb*
CAROLINE L. WEBB
Assistant U.S. Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone No. 919-856-4530
Email: Caroline.Webb@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have on this the 29th day of June, 2022, by filing an electronic copy of the same, served a copy of the foregoing Notice upon all counsel of record for the defendant.

        BY:    */s/ Caroline L. Webb*
                  CAROLINE L. WEBB
                  Assistant U.S. Attorney
                  Criminal Division
                  150 Fayetteville Street, Suite 2100
                  Raleigh, NC 27601
                  Telephone No. 919-856-4530
                  Email: Caroline.Webb@usdoj.gov